UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO ALARCON NAVA,<br><br>        Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM,<br><br>        Defendant. | Case No. 25-cv-03508-RFL<br><br>**ORDER DISMISSING AMENDED COMPLAINT WITH LEAVE TO AMEND** |

Luis Nava, a prisoner at San Quentin Rehabilitation Center, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  The Court screened the original complaint and found that Plaintiff stated a claim for excessive force and deliberate indifference to his serious medical needs.  (Dkt. No. 15.)  However, the complaint was dismissed with leave to amend because Plaintiff failed to identify any specific Defendant who was involved in violating his constitutional rights.  Plaintiff was instructed to identify the Defendants and to address why the case was not barred by the statute of limitations because the incident occurred in 2017.  The amended complaint generally repeats that allegations of the original complaint and fails to address the issues noted by the Court.

The amended complaint is dismissed with leave to amend to address the deficiencies. The warden of the prison is dismissed for the same reasons that Governor Newsom was previously dismissed.  Supervisory defendants are not responsible simply because they are supervisors.  Plaintiff must identify the individual Defendants who violated his rights and describe their actions.  These were the individuals on the prison yard and who escorted Plaintiff inside the building.  He must also discuss the statute of limitations issue and follow all other

instructions from the Court's prior order.

The Clerk is ordered to send Plaintiff a copy of the prior order (Dkt. No. 15). By **January 30, 2026**, Plaintiff shall file a second amended complaint. Failure to submit this filing by that date, or a failure to comply with the instructions given in this order and the Court's prior order, will result in the dismissal of this suit without prejudice under Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 22, 2025

RITA F. LIN
United States District Judge