UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO ALARCON NAVA,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM,<br><br>    Defendant. | Case No.  25-cv-03508-RFL<br><br>**ORDER OF DISMISSAL** |

On December 22, 2025, the Court dismissed the amended complaint in this case with leave to file a second amended complaint by January 30, 2026.  (Dkt. No. 17.)  Plaintiff has not filed a second amended complaint by the deadline.  Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may move to reopen the case.  Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a second amended complaint on this Court's form.

The Clerk shall enter judgment in favor of Defendant and close the case.

**IT IS SO ORDERED.**

Dated: February 18, 2026

RITA F. LIN
United States District Judge